## TINSLEY v. STATE.
### No. 26018.

Court of Criminal Appeals of Texas.
Nov. 5, 1952.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., Austin, for the State.

DAVIDSON, Commissioner.

Upon his plea of guilty before the court, appellant was convicted of the offense of unlawfully selling whisky in a dry area, with punishment assessed at a fine of $250 and 365 days in jail.

The record contains neither a statement of facts nor bills of exception. Nothing is presented for consideration.

The judgment is affirmed.

Opinion approved by the court.